RECEIVED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

AUG 23 2010

AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | | |
|---|---|---|
| MICHAEL STALLWORTH | : | Hon. Garrett E. Brown, Jr. |
| v. | : | Civ. No. 09-6174 |
| UNITED STATES OF AMERICA | : | |

**ORDER**

This matter having come before the Court on the motion of Paul J. Fishman, United States Attorney for the District of New Jersey (by Harvey Bartle, IV, Assistant United States Attorney, appearing) for an extension of time to file an answer to the petition of Michael Stallworth to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, or alternatively to file any appropriate motion; and the Court having reviewed the motion, and for good cause shown,

IT IS on this 23rd day of August, 2010,

ORDERED that the motion of the United States for an extension of time to respond is hereby GRANTED; and it is further

ORDERED that the United States shall file an answer which responds to the petition, or alternatively file any appropriate motion, by September 15, 2010.

_____
Garrett E. Brown, Jr.
Chief United States District Judge